**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____     Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Norwood Restaurants, LLC.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-2624395** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **5224 N Ocean Shore Blvd** <br> **Palm Coast, FL 32137** <br> Number, Street, City, State & ZIP Code <br><br> **Flagler** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Norwood Restaurants, LLC.**      Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Norwood Restaurants, LLC.**           Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Norwood Restaurants, LLC.**  Case number (*if known*)
    Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Norwood Restaurants, LLC.**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 6, 2024**
MM / DD / YYYY

X **/s/ Wesley D. Norwood**              **Wesley D. Norwood**
Signature of authorized representative of debtor    Printed name

Title  **Mgr**

**18. Signature of attorney**

X **/s/ Scott W. Spradley**              Date **June 6, 2024**
Signature of attorney for debtor              MM / DD / YYYY

**Scott W. Spradley 782467**
Printed name

**The Law Offices of Scott W. Spradley**
Firm name

**P. O. Box 1**
**301 S. Central Avenue**
**Flagler Beach, FL 32136**
Number, Street, City, State & ZIP Code

Contact phone  **386 693 4935**        Email address  **scott@flaglerbeachlaw.com**

**782467 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Norwood Restaurants, LLC.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 6, 2024**        X **/s/ Wesley D. Norwood**
                                      Signature of individual signing on behalf of debtor

                                      **Wesley D. Norwood**
                                      Printed name

                                      **Mgr**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Norwood Restaurants, LLC.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bar Harbor Seafood**<br>**2000 Premier Row**<br>**Orlando, FL 32809** | | **Vendor** | | | | **$15,182.91** |
| **Boom Funded, LLC**<br>**6501 Congress Blvd**<br>**Suite 140**<br>**Boca Raton, FL 33496** | | **Merchant Cash Advance Loan** | **Contingent Unliquidated Disputed** | | | **$93,000.00** |
| **Corporate Client Services**<br>**7800 Congress Avenue**<br>**Suite 202**<br>**Boca Raton, FL 33487** | | **Debt Consolidation Services** | | | | **$0.00** |
| **Fora Financial**<br>**151 Kalmus Drive**<br>**Suite C250**<br>**Costa Mesa, CA 92626** | | **Merchant Cash Advance Loan** | **Contingent Unliquidated Disputed** | | | **$104,000.00** |
| **G & G Funding Group,LLC**<br>**c/o Nomas Recovery, LLC**<br>**270 Avenida Munoz Rivera**<br>**Suite 310**<br>**San Juan, PR 00913** | | **Merchant Cash Advance Loan** | **Contingent Unliquidated Disputed** | | | **$10,000.00** |
| **Gordons Food Service**<br>**1300 W Int'l Speedway Blvd**<br>**Daytona Beach, FL 32114** | | **Vendor** | | | | **$12,000.00** |
| **Harold Layman**<br>**1025 Hampstead**<br>**Ormond Beach, FL 32174** | | **Loan** | **Contingent** | | | **$105,000.00** |

Debtor **Norwood Restaurants, LLC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Headway Capital, LLC**<br>**175 W. Jackson Blvd**<br>**Suite 1000**<br>**Chicago, IL 60604** | | **Merchant Cash Advance Loan** | **Contingent Unliquidated Disputed** | | | $12,000.00 |
| **Incredible Bank**<br>**327 N. 17th Avenue**<br>**Wausau, WI 54401** | | **SBA loan** | **Contingent** | | | $1,100,000.00 |
| **John Doering**<br>**Doering Properties, LLC**<br>**46 Tidal Lane**<br>**Saint Augustine, FL 32080** | | **Loan** | | | | $200,000.00 |
| **Sunrise Fresh Produce**<br>**c/o John M. Marees, II**<br>**12276 San Jose Blvd.**<br>**Suite 718**<br>**Jacksonville, FL 32223** | | **Vendor** | | | | $5,000.00 |
| **U.S. Foods**<br>**c/o A. G. Adjustments, Ltd.**<br>**P O Box 9090**<br>**Melville, NY 11747** | | **Vendor** | | | | $18,069.46 |
| **Vox Funding, LLC.**<br>**Default Escalation Unit**<br>**100 Park Ave, 26th Floor**<br>**New York, NY 10017** | | **Merchant Cash Advance Loan** | **Contingent Unliquidated Disputed** | | | $68,500.00 |

Norwood Restaurants, LLC.
5224 N Ocean Shore Blvd
Palm Coast, FL 32137

Gordons Food Service
1300 W Int'l Speedway Blvd
Daytona Beach, FL 32114

U.S. Foods
c/o A. G. Adjustments, Ltd.
P O Box 9090
Melville, NY 11747

Scott W. Spradley
The Law Offices of Scott W. Spradley
P. O. Box 1
301 S. Central Avenue
Flagler Beach, FL 32136

Harold Layman
1025 Hampstead
Ormond Beach, FL 32174

Vox Funding, LLC.
Default Escalation Unit
100 Park Ave, 26th Floor
New York, NY 10017

Bar Harbor Seafood
2000 Premier Row
Orlando, FL 32809

Headway Capital, LLC
175 W. Jackson Blvd
Suite 1000
Chicago, IL 60604

Wesley Norwood
65 Wellington Drive
Palm Coast, FL 32137

Boom Funded, LLC
6501 Congress Blvd
Suite 140
Boca Raton, FL 33496

Incredible Bank
327 N. 17th Avenue
Wausau, WI 54401

Worldpay, LLC
8500 Governors Hill Drive
Symmes Township, OH 45249

Corporate Client Services
7800 Congress Avenue
Suite 202
Boca Raton, FL 33487

Internal Revenue Service
Central Insolvency Dept.
P.O. Box 7346
Philadelphia, PA 19101-7346

Erica Gilerman
Triton Recovery, LLC
19790 W. Dixie Hwy
Suite 301
Miami, FL 33180-2293

John Doering
Doering Properties, LLC
46 Tidal Lane
Saint Augustine, FL 32080

Florida Dept of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399-0125

Small Business Admin
409 Third Street
Washington, DC 20416

Fora Financial
151 Kalmus Drive
Suite C250
Costa Mesa, CA 92626

Sunrise Fresh Produce
c/o John M. Marees, II
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223

G & G Funding Group,LLC
c/o Nomas Recovery, LLC
270 Avenida Munoz Rivera
Suite 310
San Juan, PR 00913

Toast
333 Summer Street
Boston, MA 02210